MEMORANDUM OPINION



No. 04-07-00883-CV


Daniel T. RAMOS, D.D.S.,

Appellant


v.


Teresa JENKINS,

Appellee 


From the 37th Judicial District Court, Bexar County, Texas

Trial Court No. 2007-CI-09355

Honorable Gloria Saldana, Judge Presiding



PER CURIAM

 

Sitting: Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: February 20, 2008


DISMISSED


 The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

 PER CURIAM